```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY FRANCIS,

                Plaintiff,

-against-

101 WEST 106TH STREET LLC, DIMI GYRO LLC, and ELH MGMT. LLC,

                Defendants.

16 Civ. 3712 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that by **April 1, 2017**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action. Failure to do so shall result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Baptiste v. Sommers*, 768 F.3d 212 (2d Cir. 2014).

    SO ORDERED.

Dated: March 1, 2017
       New York, New York

                                       ANALISA TORRES
                              United States District Judge